1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH DAVID MELTON,

               Plaintiff,

   v.

MICROSOFT, et al.,

               Defendants.

Case No. C19-2026-MJP-MAT

REPORT AND RECOMMENDATION

Proceeding *pro se*, plaintiff has filed a proposed civil rights complaint under 42 U.S.C. § 1983.  By letter dated December 12, 2019, plaintiff was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months.  (Dkt. 2.)  Plaintiff was also advised that he failed to file his complaint on the proper form and was given a copy of the appropriate form to fill out and return to the Court.  (*Id.*)  Plaintiff was advised that failure to respond to the letter by January 13, 2020, could result in dismissal of the case.  (*Id.*)

To date, plaintiff has neither paid the filing fee nor corrected the IFP deficiency.  Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.  A proposed order accompanies this Report and

REPORT AND RECOMMENDATION - 1

1   Recommendation.

2       Objections to this Report and Recommendation, if any, should be filed with the Clerk and

3   served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

4   and Recommendation is signed.  Failure to file objections within the specified time may affect

5   your right to appeal.  Objections should be noted for consideration on the District Judge's motions

6   calendar for the third Friday after they are filed.  Responses to objections may be filed within

7   **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be

8   ready for consideration by the District Judge on **February 14, 2020**.

9       Dated this 21st day of January, 2020.

10

11                             Mary Alice Theiler

12                             United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2