UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH DAVID MELTON,

          Plaintiff,

v.

MICROSOFT, et al.,

          Defendants.

Case No. C19-2026-MJP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914; and

(3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

Dated this 18th day of February, 2020.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL - 1